# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RONALD BERNARD MILLS,**

    **Petitioner,**

v.                                                      Case No. 6:21-cv-2048-JA-LRH
                                                           (6:03-cr-44-JA-LRH)

**UNITED STATES OF AMERICA,**

    **Respondent.**

___

## ORDER

THIS CAUSE is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. (Doc. 1.) Petitioner previously filed a 28 U.S.C. § 2255 motion, which was denied on April 17, 2006. *See* Case No. 6:05-cv-1018-JA-DAB, Doc. 7. Thus, the present motion is a second or successive application for relief.

Before Petitioner will be permitted to file a second or successive section 2255 motion in this Court, he must move in the Eleventh Circuit Court of Appeals for an order authorizing the district court to consider the motion. *See* 28 U.S.C. §§ 2244 and 2255. Consequently, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit Court of Appeals.

Petitioner should be aware that § 2255 limits the circumstances under

which the Court of Appeals will authorize the filing of a second or successive § 2255 motion. Furthermore, 28 U.S.C. § 2255 also imposes a time limitation on the filing of a § 2255 motion. Petitioner, in seeking relief in the Court of Appeals, should be cognizant of these provisions.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court is directed to send Petitioner an "Application for Leave to File a Second or Successive Motion to Vacate, Set Aside, or Correct Sentence 28 U.S.C. § 2255 By a Prisoner in Federal Custody" form.

3. The Clerk of the Court shall enter judgment accordingly and is directed to close this case.

4. The Clerk of the Court is directed to file a copy of this Order in criminal case number 6:03-cr-44-JA-LRH and to terminate the motion (Doc. 98) pending in that case.

5. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right. Accordingly, a

Certificate of Appealability is **DENIED** in this case.

**DONE** and **ORDERED** in Orlando, Florida, on December 9, 2021.

                                                        JOHN ANTOON II
                                            United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party